| | | |
|---|---|---|
| IN RE: | SILAS DANIEL ELKINS and | : CHAPTER 13 |
| | STACI MARIE ELKINS | : |
| | Debtor(s) | : |
| | | : |
| | CHARLES J. DEHART, III | : |
| | STANDING CHAPTER 13 TRUSTEE | : |
| | Movant | : |
| | | : |
| | vs. | : |
| | | : |
| | SILAS DANIEL ELKINS and | : |
| | STACI MARIE ELKINS | : |
| | Respondent(s) | : CASE NO. 1-19-bk-02824 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   15th   day of August, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

a.   Plan payment calculation sum of Lines 34, 35, 36 45.

2.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

a.   The plan is underfunded relative to claims to be paid – 100% plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a.   Deny confirmation of debtor(s) plan.
b.   Dismiss or convert debtor(s) case.
c.   Provide such other relief as is equitable and just.

Respectfully submitted:


/s/Charles J. DeHart, III____
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

      AND NOW, this   27th   day of August, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Mark Buterbaugh, Esquire
230 York Street
Hanover, PA   17331

                        /s/Deborah A. Behney
                        Office of Charles J. DeHart, III
                        Standing Chapter 13 Trustee