UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SILAS DANIEL ELKINS and | : | CHAPTER 13 |
| STACI MARIE ELKINS | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| SILAS DANIEL ELKINS and | : | |
| STACI MARIE ELKINS | : | |
| Respondent(s) | : | CASE NO.   1-19-bk-02824 |

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this   23rd   day of June, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a.   Insufficient Monthly Net Income as indicated on Schedules I and J.

3.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a.   Last paystub for Silas Elkins dated June, 2020.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a.   Deny confirmation of debtor(s) plan.
   b.   Dismiss or convert debtor(s) case.
   c.   Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:        /s/James K. Jones

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   23rd   day of June, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Steven Wade Parker, Esquire
230 York Street
Hanover, PA   17331

<u>/s/Deborah A. Behney</u>
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee