UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN R: SILAS DANIEL ELKINS and<br>STACI MARIE ELKINS<br>    Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| SILAS DANIEL ELKINS and<br>STACI MARIE ELKINS<br>    Respondent(s) | : | CASE NO. 1-19-bk-02824 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 2nd day of July, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 23, 2020 be withdrawn, as all issues have been resolved.

> Respectfully submitted:
>
> /s/Charles J. DeHart, III
> Standing Chapter 13 Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA 17036
> (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 2nd day of July, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Steven Wade Parker, Esquire
230 York Street
Hanover, PA   17331

> /s/Deborah A. Behney
> Office of Charles J. DeHart, III
> Standing Chapter 13 Trustee