IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SILAS DANIEL ELKINS and | : | BANKRUPTCY NO. 1-19-02824(HWV) |
| STACI MARIE ELKINS | : | |
| | : | CHAPTER 13 |
| Debtors | : | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL NOTICES AND PLEADINGS
## ON BEHALF OF ALLY BANK

    PLEASE TAKE NOTICE that Ally Bank appears herein by and through its counsel, LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO, and enters its appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 342 and 1109(b) or any other provisions of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

    Regina Cohen, Esquire
    LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO
    190 North Independence Mall West – Suite 500
    6th and Race Streets
    Philadelphia, PA 19106
    (215) 627-0303

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referred to in the Rules specified above, but also includes without limitation, Orders and Notices of any application, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way any rights or interest of Ally Bank with respect to (a) debtors, (b) property or proceedings thereof in which debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of Ally Bank which debtors may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Ally Bank.

    LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: December 16, 2020    By: s/ Regina Cohen
    Regina Cohen, Esquire (RC-57272)
    190 North Independence Mall West - Suite 500
    6th and Race Streets
    Philadelphia, PA 19106
    Tel: (215) 627-0303; Fax: (215) 627-2551
    Attorney for Ally Bank

2208552v1