IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br> SILAS DANIEL ELKINS and <br> STACI MARIE ELKINS <br>     Debtor(s) | : <br> : <br> : <br> : <br> : | BANKRUPTCY NO. 1-19-02824(HWV) <br><br><br> CHAPTER 13 |
| ALLY BANK <br>     Movant(s) | : <br> : <br> : | Nature of Proceeding: Stipulation Resolving <br> Ally Bank's Motion for Relief |
| SILAS DANIEL ELKINS and <br> STACI MARIE ELKINS <br> CHARLES J. DEHART, III, Trustee <br>     Respondent(s) | : <br> : <br> : <br> : | Pleading: Ally Bank's Motion for Relief <br><br> Document #: 45 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

■ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

    ☐ Thirty (30) days.

    ■ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 5, 2021          s/ Regina Cohen

                                                                Attorney for    Ally Bank

2219891v1