IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SILAS DANIEL ELKINS | CHAPTER 13 |
| STACI MARIE ELKINS | CASE NO.: 1:19-bk-02824 |
| DEBTORS | |

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

Kindly enter my appearance on behalf of Debtors Silas Daniel Elkins and Staci Marie Elkins for the above referenced case.

By: /s/ Nicholas G. Platt
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: February 8, 2021