# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Silas Daniel Elkins**<br>**Staci Marie Elkins** | Case No. | **1:19-bk-02824** |
| | Debtor(s) | Chapter | **13** |

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-4543**

Joint Debtor's Social Security Number:    **xxx-xx-3488**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Silas Daniel Elkins and Staci Marie Elkins** |
| Street: | **12 Locust Street** |
| City, State and Zip: | **Stewartstown, PA 17363** |
| Telephone #: | |

**Please be advised that effective July 6, 2021,**
**my (our) new mailing address and telephone number is:**

| | |
|---|---|
| Name: | **Silas Daniel Elkins and Staci Marie Elkins** |
| Street: | **314 Bahia Vista Drive** |
| City, State and Zip: | **Indian Rocks Beach, FL 33785** |
| Telephone #: | |

                                              **/s/ Silas Daniel Elkins**
                                              **Silas Daniel Elkins**
                                              Debtor

                                              **/s/ Staci Marie Elkins**
                                              **Staci Marie Elkins**
                                              Joint Debtor