# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Silas Daniel Elkins**
**Staci Marie Elkins**

Debtor(s)

Case No.   **1:19-bk-02824**

Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-4543**

Joint Debtor's Social Security Number:   **xxx-xx-3488**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:     **Silas Daniel Elkins and Staci Marie Elkins**

Street:     **314 Bahia Vista Drive**

City, State and Zip:     **Indian Rocks Beach, FL 33785**

Telephone #:

**Please be advised that effective July 12, 2024,**
**my (our) new mailing address and telephone number is:**

Name:     **Silas Daniel Elkins and Staci Marie Elkins**

Street:     **14498 116th Avenue**

City, State and Zip:     **Largo, FL 33774**

Telephone #:

**/s/ Silas Daniel Elkins**
**Silas Daniel Elkins**
Debtor

**/s/ Staci Marie Elkins**
**Staci Marie Elkins**
Joint Debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy