United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Silas Daniel Elkins  
Staci Marie Elkins  
    Debtors

Case No. 19-02824-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5  
Date Rcvd: Jul 15, 2024      Form ID: 3180W      Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Silas Daniel Elkins, Staci Marie Elkins, 14498 116th Avenue, Largo, FL, FL 33774-3824 |
| 5217097 | + One Main, 1500 N George Street, Ste 5, York, PA 17404-2050 |
| 5217108 | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: GMACFS.COM | Jul 15 2024 22:40:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + EDI: AISACG.COM | Jul 15 2024 22:40:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: PRA.COM | Jul 15 2024 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5243094 | EDI: GMACFS.COM | Jul 15 2024 22:40:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5424216 | + EDI: AISACG.COM | Jul 15 2024 22:40:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5217064 | + EDI: GMACFS.COM | Jul 15 2024 22:40:00 | Ally Financial, 10909 McCormick Road, Hunt Valley, MD 21031-1401 |
| 5232102 | Email/PDF: bncnotices@becket-lee.com | Jul 15 2024 18:42:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5217065 | + Email/PDF: bncnotices@becket-lee.com | Jul 15 2024 18:42:25 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5217066 | + Email/Text: bk@avant.com | Jul 15 2024 18:41:00 | Avant, 222 N. Lasalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 5217074 | + EDI: CITICORP | Jul 15 2024 22:40:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5217067 | + EDI: CAPITALONE.COM | Jul 15 2024 22:40:00 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 5217068 | + EDI: CAPITALONE.COM | Jul 15 2024 22:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5222614 | EDI: CAPITALONE.COM | Jul 15 2024 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5236714 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2024 18:42:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5217072 | | EDI: CAPITALONE.COM | Jul 15 2024 22:40:00 | Capital One, N.A., PO Box 71087, Charlotte, NC 28272-1087 |
| 5217073 | + | EDI: CAPITALONE.COM | Jul 15 2024 22:40:00 | Captial One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5217076 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 15 2024 18:41:00 | Citadel Federal Credit Union, 520 Eagle View Blvd., Exton, PA 19341-1119 |
| 5217077 | + | EDI: CITICORP | Jul 15 2024 22:40:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5242680 | + | EDI: CITICORP | Jul 15 2024 22:40:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5217078 | + | EDI: CITICORP | Jul 15 2024 22:40:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5217079 | + | EDI: CITICORP | Jul 15 2024 22:40:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 5217080 | + | EDI: WFNNB.COM | Jul 15 2024 22:40:00 | Comenity Bank/Kay Jewelers, Po Box 182125, Columbus, OH 43218-2125 |
| 5217081 | + | EDI: WFNNB.COM | Jul 15 2024 22:40:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5217082 | + | EDI: WFNNB.COM | Jul 15 2024 22:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5217083 | + | EDI: WFNNB.COM | Jul 15 2024 22:40:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5217084 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2024 18:42:30 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5217085 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 15 2024 18:41:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5219532 | | EDI: DISCOVER | Jul 15 2024 22:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5217089 | + | EDI: DISCOVER | Jul 15 2024 22:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5241547 | | EDI: JEFFERSONCAP.COM | Jul 15 2024 22:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5217075 | | EDI: JPMORGANCHASE | Jul 15 2024 22:40:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5217091 | | EDI: JPMORGANCHASE | Jul 15 2024 22:40:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 5224633 | + | Email/Text: RASEBN@raslg.com | Jul 15 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5217093 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2024 18:40:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5272338 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2024 18:42:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272337 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2024 18:42:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5218698 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2024 18:42:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5217094 | + | EDI: LENDNGCLUB | Jul 15 2024 22:40:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 5241568 | + | EDI: LENDNGCLUB | Jul 15 2024 22:40:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5217096 | + | Email/Text: unger@members1st.org | Jul 15 2024 18:41:00 | Members 1st, 5000 Louise drive, Mechanicsburg, PA 17055-4899 |
| 5231880 | + | EDI: AGFINANCE.COM | Jul 15 2024 22:40:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5242277 | | EDI: PRA.COM | Jul 15 2024 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5217098 | | EDI: SYNC | Jul 15 2024 22:40:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 5239798 | | EDI: Q3G.COM | Jul 15 2024 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5239799 | | EDI: Q3G.COM | Jul 15 2024 22:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5222007 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 15 2024 18:41:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5217099 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 15 2024 18:41:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5217100 | | EDI: SYNC | Jul 15 2024 22:40:00 | Sychrony/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5217101 | | EDI: SYNC | Jul 15 2024 22:40:00 | Synchrony Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 5217235 | ^ | MEBN | Jul 15 2024 18:36:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5217102 | + | EDI: SYNC | Jul 15 2024 22:40:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5217103 | + | EDI: SYNC | Jul 15 2024 22:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5217104 | + | EDI: SYNC | Jul 15 2024 22:40:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5217105 | + | EDI: SYNC | Jul 15 2024 22:40:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5243414 | + | Email/Text: bncmail@w-legal.com | Jul 15 2024 18:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5217106 | + | EDI: WTRRNBANK.COM | Jul 15 2024 22:40:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 5223131 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 15 2024 18:41:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5217107 | + | EDI: WFFC2 | Jul 15 2024 22:40:00 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 5238528 | | EDI: WFFC2 | Jul 15 2024 22:40:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5217069 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5217070 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5217071 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5217086 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5217087 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5217088 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5217090 | *+ | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5217092 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 5217095 | *+ | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 5242780 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2024                  Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Silas Daniel Elkins ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Staci Marie Elkins ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com |
| Stephen Wade Parker | on behalf of Debtor 2 Staci Marie Elkins wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 Silas Daniel Elkins wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Silas Daniel Elkins | Social Security number or ITIN xxx–xx–4543 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Staci Marie Elkins | Social Security number or ITIN xxx–xx–3488 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–02824–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Silas Daniel Elkins        Staci Marie Elkins

7/15/24

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2